461 A.2d 877

Commonwealth v. Holz, Appellant.

Petition for Allowance of Appeal Denied Feb. 8, 1984.

Argued January 19, 1982. Frances M. Walsh, Assistant Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.

461 A.2d 877

Commonwealth v. Lennon, Appellant.

Submitted March 22, 1983. Marlene Cooperman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

P.C.H.A. order dated May 8, 1981 is affirmed.